ANTHONY JONES,

    Appellant

v.

SECURITAS SECURITY SERVICES USA INC