FORM 8B. Notice of Unrepresented Person Appearance  Form 8B (p. 1)
October 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF UNREPRESENTED PERSON APPEARANCE

**Case Number** 2:25-cv-05366

**Short Case Caption** Appealing the decision of Federal Court due to judge bias

> **Instructions:** Refer to Federal Circuit Rule 47.3 for requirements governing appearance in this court. Unrepresented persons must immediately file an amended Form 8B if contact information changes. **A motion must be filed to change either the filing or service selection during the pendency of the case.**
>
> Complete page 1 of this form and, if applicable, either page 2 or 3 corresponding to your filing and service selection. **Submit only one of pages 2 or 3; do not submit both.**

### ENTRY OF APPEARANCE

I am entering my appearance on my own behalf ("pro se") in the above case.

**Name:** Anthony Jones

**Address:** 2325 N Palethorp St

Philadelphia, PA 19133

**Phone:** 310.999.1202    **Email:** mr.anthony.jones@outlook.com

### FILING AND SERVICE SELECTION

I will file all documents in the above case (select only one):

☐ in paper form by mail or in person, and I elect to receive all service by mail only.

☑ through the court's electronic filing system, and I have completed **page 2 (Consent to Electronic Filing and Service)**; I understand I will receive service by email only.

☐ in paper form by mail or in person, and I elect to receive all service by email at the above email address and have completed **page 3 (Consent to Paper Filing and Electronic Service)**.

I certify that all information is true and correct and that a failure to abide by the above selections may result in my case being delayed or other actions deemed necessary by the court.

Date: 12/8/25    Signature: _[signature]_

Name: Anthony Jones

FORM 8B. Notice of Unrepresented Person Appearance  Form 8B (p. 2)
October 2023

# CONSENT TO ELECTRONIC FILING AND SERVICE

**Instructions:** Please review and check the box verifying your agreement with each item. All items must be selected before filing electronically with the court. If you are submitting this page, do not submit page 3 of this form.

☑ I have registered as a Non-Attorney filer with this court's electronic filing system (CM/ECF) through PACER at www.pacer.uscourts.gov.

☑ I agree to abide by the court's Electronic Filing Procedures, available at http://www.cafc.uscourts.gov/contact/clerks-office/filing-resources. I understand the court may revoke my electronic filing privileges if I repeatedly fail to comply with the Electronic Filing Procedures.

☑ I know how to convert a document into portable document format (PDF). I understand that I must file all documents for my case in PDF through the court's electronic filing system. *See* Fed. Cir. R. 25(c)(3) for paper copy requirements.

☑ I have regular access to: (1) a computer with internet access, (2) an email account, (3) a word processor, (4) a PDF reader and writer, and (5) a scanner to convert documents only available in paper format into electronic files.

☑ I understand that I will receive service of public filings only by email in this case. I understand that it is my responsibility to regularly monitor my email and docket to ensure I have not missed notifications.

☑ I understand that when I receive a filing notification email (Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge within 15 days but may then need to pay a fee.

☑ I will ensure the contact information associated with my electronic filer account remains current. I understand that the court is not responsible for missed notifications resulting from my failure to update my contact information.

☑ I understand that I may only file electronically in this case and I must seek leave of the court to revert to mail filing or service. I understand that I must submit a new Form 8B for other cases where I wish to file electronically.

☑ I understand I will receive service electronically in future cases where I am a party unless I file a Form 8B modifying my service selection in that case.

☑ I understand that the Clerk's Office cannot provide me with technical assistance or support with using or viewing email or my browser.

I certify that all information is true and correct and that failure to abide by the above selections may result in delays or adverse actions deemed necessary by the court.

Date: 12/8/25     Signature: _____

Name: Anthony Jones

FORM 8B. Notice of Unrepresented Person Appearance    Form 8B (p. 3)
                                                     October 2023

# CONSENT TO PAPER FILING AND ELECTRONIC SERVICE

**Instructions:** Please review and check each box verifying your agreement. You must check all boxes to receive service through this court's electronic filing system. If you are submitting this page, do not submit page 2 of this form.

☑ I consent to receive service in my case through email only, and I have regular access to my email account and the internet. I have an active PACER account.

☑ I understand that when I receive a filing notification email (Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge within 15 days but may then need to pay a fee.

☑ I understand that it is my responsibility to regularly monitor my email and docket to ensure I have not missed notifications. I am responsible for ensuring my email account is working and emails from FilingNotice@cafc.uscourts.gov are not treated as junk or spam messages.

☑ I will submit an amended Form 8B to notify the court of changes to my email address. I understand that failure to update my email address or monitor email may result in missed notifications and that the court is not responsible for these missed notifications.

☑ I understand that email service is valid service under Fed. R. App. P. 25 and Fed. Cir. R. 25, even if accomplished on an email address that is invalid due to a failure to timely update information or to verify my email account is functioning.

☑ I understand I will receive service electronically in this case and I must seek leave of the court to file electronically or revert to mail service.

☑ I understand I will receive service electronically in future cases where I am a party unless I file a new Form 8B modifying my service selection in that case.

☑ I understand that the Clerk's Office cannot provide me with technical assistance or support with using or viewing email.

I certify that all information is true and correct and that failure to abide by the above selections may result in delays or adverse actions deemed necessary by the court.

Date: 12/8/25            Signature: _____

                         Name: Anthony Jones

FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)      Form 1    March 2023

# UNITED STATES
# DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 2:25-cv-05366-JFM

Case title being appealed: Jones v. Securitas Security Services USA, LLC

Date of final judgment or order being appealed: 10/30/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Anthony Jones

Date: 11/03/2025

Signature: /s/ Anthony Jones

Name: Anthony Jones

Address: 2325 N Palethorp Street

Philadelphia, PA 19133

Phone Number: 310.999.1202

Email Address: mr.anthony.jones@outlook.co

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Eastern District

File Number  2:25-cv-05366

| | |
|---|---|
| 310.999.1202 ) | |
| *Plaintiff,* ) | |
| v. ) | Notice of Appeal |
| mr.anthony.jones@outlook.com ) | |
| ) | |
| *Defendant.* ) | |

Notice is hereby given that Anthony Jones, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Eastern Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 8th day of December, 20 25.

/s/
_____

Attorney for Anthony Jones
Address: 2325 N Palethorp St
Philadelphia, PA 19133

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

_____
*See Rule 3(c) for permissible ways of identifying appellants

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Anthony Jones

    Plaintiff,

    v.

Securitas Security Services USA, LLC
ALIAS: NATIONAL REGISTERED AGENTS, INC

    Defendant,

Case No. 2:25-cv-05366

DECEMBER 7th, 2025

**MOTION TO APPEAL**

Please enter this Motion for Notice to Appeal in favor of Plaintiff, Anthony Jones, as soon as possible to prevent additional harm being caused by the Defendant(s), Securitas Security Services USA, LLC ALIAS: NATIONAL REGISTERED AGENTS, INC.

In response to the District Judge John F. Murphy on October 29th, 2025, granted Motion to Dismiss Complaint with Prejudice. Plaintiff objects and requests the Court re-evaluate, reject, and reverse the Motion to Dismiss with Prejudice on the grounds of Judicial Impropriety with regards to bias towards Plaintiff *(See 28 U.S.C. § 144 and § 455.)* Additionally, Plaintiff request appeals based on appearance of abuse of power showing because of the misuse of judicial prestige and improperly influencing case number 2:25-cv-05366. *(See Model Code of Judicial Conduct, Canon 1 & Rule 1.2)*

Plaintiff implores the Court to see reason and accept all efforts made in good faith. *(See §2072 (c).*

While a judge must apply legal standards and be responsible for ensuring that the legal proceedings are fair, so the law is applied correctly; judges are not permitted to instruct either party in exact direction then order case closed with prejudice. *(See Rule 19 § (b), 2 (B) of the Federal Rules of Civil Procedure (FRCP).*

Because Federal Rule of Civil Procedure (FRCP) (Rule 24) § b (3)(2) governs how third parties can join an existing lawsuit, with subsection (b) dealing with Permissive Intervention, allowing someone to intervene if their claim/defense shares common questions of law or fact with the main case, Plaintiff due

| | |
|---|---|
| 21 | process was violated as this rule states that it only can be used provided the court won't unduly delay or |
| 22 | provide prejudice the original parties. This is applied and utilized to ensure judges are acting as a |
| 23 | balancing test of efficiency and/or fairness. |
| 24 | To maintain ethical boundaries, judges must remain impartial and cannot show personal bias or have |
| 25 | a stake in the case to maintain alignment with code of conduct. |
| 26 | Plaintiff has been denied due process and civil liberties as judges are meant to direct how and when, |
| 27 | however, they are not allowed to provide their directive on core legal claims. |
| 28 | When Judge John F. Murphy of Pennsylvania Eastern District Federal Court gave his Order on October |
| 29 | 29th, 2024, for the Defendant(s) to write a Motion to Dismiss based on Pennsylvania Human Relation |
| 30 | Commission (PRCH) or Pennsylvania Human Relations Act (PHRA), he acted outside the scope of Federal |
| 31 | Rules of Civil Procedure (FRCP). |
| 32 | Judge John F. Murphy provided counsel to the Defendant(s) by specifically instructing on the motion |
| 33 | and what case law to leverage, thus giving the Defendant(s) advantage and proceeding to grant the |
| 34 | motion. |
| 35 | A judge cannot give legal advice or act as counsel for a party in court because they must remain a |
| 36 | neutral arbiter. Judges are restricted to asking clarifying questions and may appoint counsel in certain |
| 37 | situations. Court staff cannot provide legal advice, only procedural help to the degree that it does not |
| 38 | harm the other party or show bias to one side or the other. |
| 39 | When giving the Order on 10/17/2025 at 4:09 PM EST, Judge John F. Murphy is acting as an attorney. |
| 40 | It's prohibited by judicial ethics codes due to conflicts of interest and undermining public trust. The key |
| 41 | issue and concern that drives this Motion to Appeal is the failure in maintaining judicial impartiality. |
| 42 | Acting, behaving, giving advice, or giving directives that a lawyer would provide has created and shown |
| 43 | potential for bias, using judicial power for personal gain, and highlights eroding confidence in the courts. |
| 44 | The Plaintiff has strong conviction that Pennsylvania Human Relation Commission (PRCH) or |
| 45 | Pennsylvania Human Relations Act (PHRA) would not have been stated by the Defendant(s) had it not |

46    been raised by Judge John F. Murphy. The subject was not previously mentioned by the Defendant(s) in

47    any previous filings.

48        The Plaintiff raises concerns about the appearance of bias and impropriety from the Court and Judge

49    John F. Murphy. Plaintiff does not seek special treatment and will denounce the Defendant(s) from

50    receiving preferential treatment as well.

51        The Defendant(s) SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS was submitted to the

52    Court based on "*spoon-fed*" direction. To the public and Superior Court, it can and will be presumed to

53    lead the Defendant(s). – If a lawyer is not allowed to "lead" a witness on the stand with their questioning;

54    it would stand as the obvious rule that a judge cannot "lead" the attorney on how to proceed in the case

55    based on a hypothetical box they failed to bring up in prior filings.

56        Even if the Defendant(s) object to this submission and say, "*We were already planning on mentioning*

57    *the PHRA/PRCH*"; the Plaintiff, the Court, and the public will never know for certain because Judge John F.

58    Murphy gave an Order that is outside the scope and responsibilities of his role as a Judge.

59        Prima facie should make the Court and the public concerned for the appearance of bias and

60    impropriety because in the Plaintiff's Motion for Reconsideration, addressed the claim of Pennsylvania

61    Human Relation Commission (PRCH) / Pennsylvania Human Relations Act (PHRA) yet Judge John F. Murphy

62    literally instructed the Defendant(s) on what specific details to write in their Motion to Dismiss.

63        Plaintiff makes this statement and analogies with delicacy and sincerity. –

64        For Judge John F. Murphy to grant the Defendant(s) Motion to Dismiss is no different than a parent

65    telling their child where the Easter eggs are hidden to ensure their child wins the hunt against the other

66    children. –

67        A judge's role is to oversee fairness, not to advocate for one side. Both parties are responsible for

68    their own representation and research; Judge John F. Murphy has shown bias in his actions and ruling.

It is obvious that once Judge John F. Murphy told the Defendant(s) what motion to write and submit based on a particular case law, that motion would be granted. – Judge John F. Murphy's ruling is unjust and bias towards the Plaintiff.

### RELIEF

Appeal the decision from Judge John F. Murphy that was Ordered on October 29th, 2025, based on the appearance of bias, judicial impropriety, and violation of Federal Rules of Civil Procedure (FRCP).

Date: DECEMBER 7th, 2025

Date:

Sworn to before me this 7th day of DECEMBER 2025

William R Scharff Jr
NOTARY PUBLIC
STATE OF FLORIDA
Appt. No. HH 49906
Expires October 1, 2029
Online Notary Center

Anthony Jones
2325 N Palethorp St,
Philadelphia PA 19133
Mr.Anthony.Jones@outlook.com

**VERIFICATION**

Anthony Jones, being duly sworn, deposes and says: I am the Plaintiff in the entitled action.

I have read the foregoing Complaint, request for Motion for Notice of Appeal, and all other documents and know the contents thereof.

The same is true to my knowledge, except as to matters therein stated to be alleged on the information and belief and as to those matters, I believe them to be true.

Date: DECEMBER 7th, 2025

Date:

Sworn to before me this 7th day of DECEMBER 2025

*[signature: William R Schaff Jr]*

*[signature: Anthony Jones]*

Anthony Jones
2325 N Palethorp St,
Philadelphia PA 19133
Mr.Anthony.Jones@outlook.com

Case 2:25-cv-03566-DFM Document 1-3 Filed 12/10/25 Page 10 of 16

# EXHIBIT A

Case 25-3415, Document 17, 12/17/2025, Page: 11 Date Filed: 12/10/2025
Case 2:25-cv-03566-DFM Document 1-3 Filed 12/10/25 Page 10 of 16

Outlook

---

**FW: Activity in Case 2:25-cv-05366-JFM JONES v. SECURITAS SECURITY SERVICES USA, INC. Order on Motion to Dismiss for Failure to State a Claim**

---

From  Anthony Jones <mr.anthony.jones@outlook.com>
Date  Sat 12/6/2025 12:48 AM
To      BAJones0201@aol.com <bajones0201@aol.com>

---

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Thursday, October 30, 2025 9:36 AM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-05366-JFM JONES v. SECURITAS SECURITY SERVICES USA, INC. Order on Motion to Dismiss for Failure to State a Claim

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Eastern District of Pennsylvania

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2025 at 9:35 AM EDT and filed on 10/29/2025
**Case Name:**          JONES v. SECURITAS SECURITY SERVICES USA, INC.
**Case Number:**     2:25-cv-05366-JFM
**Filer:**
**Document Number:** 15

**Docket Text:**
**ORDER THAT THE MOTION TO DISMISS, IS GRANTED. MR. JONES' COMPLAINT IS DISMISSED WITH PREJUDICE AND THE CLERK SHALL CLOSE THE CASE. SIGNED BY DISTRICT JUDGE JOHN F MURPHY ON 10/29/25.10/30/25 ENTERED AND COPIES E-MAILED. (er)**

**2:25-cv-05366-JFM Notice has been electronically mailed to:**

JOHN R. MARTIN     jmartin@pillaraught.com, johnmartin204@gmail.com, tlaughead@pillaraught.com

ANTHONY JONES     Mr.Anthony.Jones@outlook.com

**2:25-cv-05366-JFM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=10/30/2025] [FileNumber=20696621-0] [266e85ae7df712f3b12f060152a180ab9be93991ee20022e94a700c880e358c89f9d72f7cd019ba4b580231abe003312c719b15271fbdb46cf27430ee9ea33bc]]

# EXHIBIT B

 Outlook

## FW: Activity in Case 2:25-cv-05366-JFM JONES v. SECURITAS SECURITY SERVICES USA, INC. Order

**From** Anthony Jones <mr.anthony.jones@outlook.com>

**Date** Sat 12/6/2025 12:47 AM

**To** BAJones0201@aol.com <bajones0201@aol.com>

From: ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
Sent: Friday, October 17, 2025 4:10 PM
To: paedmail@paed.uscourts.gov
Subject: Activity in Case 2:25-cv-05366-JFM JONES v. SECURITAS SECURITY SERVICES USA, INC. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered on 10/17/2025 at 4:09 PM EDT and filed on 10/17/2025
**Case Name:**         JONES v. SECURITAS SECURITY SERVICES USA, INC.
**Case Number:**       [2:25-cv-05366-JFM](#)
**Filer:**
**Document Number:** [10](#)

**Docket Text:**
**ORDER THAT WITHIN 7 DAYS OF THIS ORDER, DEFENDANT MUST FILE A SUPPLEMENTAL BRIEF ADDRESSING WHETHER A NEGLIGENT SUPERVISION CLAIM MAY BE DISMISSED AS PREEMPTED BY THE PENNSYLVANIA HUMAN RELATIONS ACT (PHRA) WHERE THE PLAINTIFF BROUGHT ONLY A TITLE VII CLAIM, NOT A PHRA CLAIM. SIGNED BY DISTRICT JUDGE JOHN F MURPHY ON 10/17/25. 10/17/25 ENTERED AND COPIES E-MAILED.(mbh)**

**2:25-cv-05366-JFM Notice has been electronically mailed to:**

JOHN R. MARTIN      [jmartin@pillaraught.com](mailto:jmartin@pillaraught.com), [johnmartin204@gmail.com](mailto:johnmartin204@gmail.com), [tlaughead@pillaraught.com](mailto:tlaughead@pillaraught.com)

ANTHONY JONES     Mr.Anthony.Jones@outlook.com

**2:25-cv-05366-JFM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=10/17/2025] [FileNumber=20671180
-0] [a971a4f4def0f44bb0b5553d97b14423f320e7f4dce29900b74a282b7df0bb343
4d254a27b76a7054f50b289cdd565ac2d97d8fbf33338181ac9438b356c3f9a]]

[Clerks Office Only]

Name:

Motion to Appeal (Packet)

Email Address:

Mr.Anthony.Jones@outlook.com

Phone Number

3109991202

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Motion to Appeal (Packet)

Case Number

2:25-cv-05366

Description of Document(s)

Motion for Appeal (Packet)

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

2325 N Palethorp Street

Mailing Address Line 2

City:

Philadelphia

State:

PA

Zip Code:

19133

Other

Case 2:25-cv-03456 Document 1-8 Filed 12/07/25 Page 18 of 18

**Terms of Submission**

Yes

    Hide empty values